**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01137-CV

**SIMON MENGELE, Appellant**

**V.**

**PC VILLAGE APARTMENT DALLAS & SMITH PROTECTIVE SERVICES, INC.,**
**Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14851**

## ORDER

Before the Court is pro se appellant's third motion for extension of time to file her brief. The brief was originally due December 28, 2015, but we extended the deadline to March 21, 2016 and then to April 20, 2016 on appellant's representation that she had retained counsel and needed more time to "complete process with [counsel]." In her third motion, appellant states again that she needs more time to "complete process with [counsel]." We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than May 23, 2016. We caution appellant that we may dismiss the appeal without further notice if the brief is not filed by that date. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b),(c).

/s/     CRAIG STODDART
               JUSTICE